# Scott, *et al. v.* First Nat. Bank of Cleveland

## *Bill for Discovery.*

(Decided June 29, 1912. 59 South. 303.)

1. *Appeal and Error; Judgment; Appealable; Interlocutory Decree; Time.*—Where a decree is rendered on demurrer to a bill it is interlocutory and an appeal therefrom must be taken within thirty days from the rendition; if taken after that time it will be dismissed.

2. *Same; Denial of Motion to Strike.*—No appeal lies from a decree overruling a motion to strike parts of a bill, although included in a decree on demurrer to the bill.

APPEAL from Montgomery City Court.

Heard before Hon. WILLIAM H. THOMAS.

Bill by First National Bank of Cleveland, Ohio, against Charles A. Scott, and others, for discovery and relief. From a decree overruling demurrers to the bill, respondents appeal. Appeal dismissed.

DANIEL W. TROY, for appellant. On the question of the right to take the appeal when taken, and as against the motion to dismiss the appeal, it seems sufficient to cite.—*Alexander v. Bates,* 127 Ala. 328; Sims. Ch. Cr. sec. 421. Under the allegations of the bill it could not stand except as a creditor's bill, and can rest only on section 3740. The interrogatories were properly reached by motion to strike.—*Chardavoyne v. Galbraith,* 81 Ala. 522.

Ball & Samford, and J. E. PARSONS, for appellee. The bill is a good bill for discovery and relief.—*Kinney v. Reeves,* 142 Ala. 604; sections 3735, 3740, 3742, Code 1907. The appeal was from an interlocutory judgment or decree, and should have been taken within thirty

days, but in fact, was not taken for more than six months, and should therefore be dismissed.—Sec. 2838, Code 1907.

DOWDELL, C. J.—The appeal in this case is prosecuted from a decree on demurrers to the bill. The decree is purely interlocutory, and from which an appeal is authorized by the statute within 30 days from its rendition. The present appeal was not taken until long after the expiration of 30 days. The motion, therefore, to dismiss the appeal must prevail.

No appeal lies from a decree overruling a motion to strike parts of a bill; and the fact that the decree here appealed from embraced such a ruling is of no consequence.

Appeal dismissed. All the Justices concur.